UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-04889-SVW-AJW | Date | December 22, 2015 |
|---|---|---|---|
| Title | Nathaniel Myers v. Boys Burger No.1 et al. | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on October 22, 2015, issued an order granting plaintiff granting plaintiff up to and including November 23, 2015 to correct the deficiencies and an amended request to enter default.

On November 6, 2015, plaintiff filed an application [23] to enter default against all defendants. This application was deficient as it pertained to a case other than the instant case.

On December 4, 2015, the deficient application was stricken. Plaintiff was give up to and including December 18, 2015 to file an amended or corrected application.

To date, plaintiff has failed to file a proper application, therefore, the matter is dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |